FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 23, 2022

No. 04-21-00565-CR

John Anthony **SCHARRINGHAUSEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR2612
Honorable Velia J. Meza, Judge Presiding

# O R D E R

Appellant's brief was due on August 10, 2022. On August 22, 2022, appellant timely filed a motion requesting a sixty-day extension of time to file appellant's brief. Appellant's motion is GRANTED. Appellant's brief is due **no later than October 10, 2022**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of August, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court